■ ROSEMARIE COLICHIO, Appellant, v FRED COLICHIO, Respondent. — In a matrimonial action in which the plaintiff wife was granted a divorce, she appeals from so much of an order of the Supreme Court, Suffolk County (Geiler, J.), dated September 28, 1981, as granted the defendant husband's motion to modify the judgment of divorce so as to provide for termination of the wife's exclusive possession and occupancy of the former marital home. Order reversed, insofar as appealed from, without costs or disbursements, and matter remitted to the Calendar Term of Special Term, Part V, for assignment and for further proceedings in accordance herewith. On the facts of this case, it was an improvident exercise of discretion to modify the judgment of divorce, without a hearing, so as to provide for termination of the wife's exclusive possession and occupancy of the former marital home. Lazer, J. P., Gibbons, Thompson and Weinstein, JJ., concur.

■ JOHN COLVIN et al., Respondents, v EASTERN AIR LINES INCORPORATED, Appellant. — Order of the Supreme Court, Nassau County (Christ, J.), dated February 11, 1982, affirmed, insofar as appealed from, with $50 costs and disbursements (see *Weiner v McGraw-Hill, Inc.,* 57 NY2d 458). Damiani, J. P., Titone, Gulotta and Rubin, JJ., concur.

■ JUDITH EVANS, Respondent, v JACK EVANS, Appellant. — Appeal from an order of the Supreme Court, Nassau County (Wager, J.), dated January 12, 1982, dismissed, without costs or disbursements. Said order was superseded by an order of the same court dated April 14, 1982, which was entered upon reargument. Order dated April 14, 1982, affirmed, insofar as reviewed, without costs or disbursements. No opinion. Damiani, J. P., Titone, Gulotta and Rubin, JJ., concur. [112 Misc 2d 537.]